UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIDNEY D. JENKINS, III,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOENE McGERR, RON JENSEN, DON HOLBROOK, GILBERT ALDEN, RICHARD ZARAGOZA and CARLA SHETTLER,<br><br>    Defendants. | NO.  CV-12-5078-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

Magistrate Judge Imbrogno filed a Report and Recommendation on October 4, 2012, recommending Mr. Jenkins' Motion to Voluntarily Dismiss be granted. ECF No. 13. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion, ECF No. 11, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also filed a Motion and Affidavit to waive collection of the remaining balance of the filing fee in this action. For good cause shown, **IT IS ORDERED** Plaintiff's Motion, ECF No. 12, is **GRANTED** and the institution having custody of Mr. Jenkins shall cease collection of the filing fee in this action, cause number **CV-12-5078-CI.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and

ORDER ADOPTING REPORT AND RECOMMENDATION . . . -- 1

**close the file**. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107**, to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 31st day of October 2012.

                                  *s/Robert H. Whaley*
                                  ROBERT H. WHALEY
                     SENIOR UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION . . . -- 2