AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

SIDNEY D. JENKINS, III,

          Plaintiff,

          v.

JOENE McGERR, RON JENSEN, DON HOLBROOK, GILBERT ALDEN, RICHARD ZARAGOZA and CARLA SHETTLER,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5078-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  Complaint is DISMISSED WITHOUT PREJUDICE.

October 31, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia